UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY RANKINS, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | No. 4:15-CV-01415-DDN |
| ) | |
| STATE OF MISSOURI, et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |
| ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of the file. On or about September 14, 2015, plaintiff filed a document with the Court styled *Timothy Rankins v. Missouri, et al.*, and bearing cause number "1:07cr00109 rw" [Doc. #1]. Because plaintiff stated he was suing for monetary damages for the violation of his constitutional rights, the document was filed as a new civil rights action and was assigned the above-styled cause number.

The complaint, however, is defective because it has not been drafted on a Court-provided form, *see* Local Rule 2.06(A), and the Court is unable to ascertain the precise nature of plaintiff's claims against the numerous defendants listed in the caption. Moreover, plaintiff has neither paid the filing fee nor submitted a motion to proceed in forma pauperis. *See* 28 U.S.C. § 1915. Because plaintiff is proceeding pro se, the Court will afford him an opportunity to correct these defects. If plaintiff did not intend for Document #1 to be filed as a new cause of action, he should notify the Court, in writing, and this action will be administratively closed without the assessment of a filing fee.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall mail to plaintiff a copy of the Court's form Complaint, as well as a copy of the Court's form Motion to Proceed in Forma Pauperis.

**IT IS FURTHER ORDERED** that plaintiff shall file an amended complaint on the Court-provided form within (30) days of the date of this Order, if he wishes to pursue this civil rights action.

**IT IS FURTHER ORDERED** that plaintiff shall either pay the entire filing fee or submit a motion to proceed in forma pauperis within thirty (30) days of the date of this Order, if he wishes to pursue this civil rights action.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without assessing a filing fee.

       /s/ David D. Noce
**UNITED STATES MAGISTRATE JUDGE**

Signed on September 16, 2015.